UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ENNIS STATE BANK, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | CIVIL ACTION NO. 3:15-CV-2087-B |
| § | |
| UNITED STATES LIABILITY § | |
| INSURANCE COMPANY, ANGEL LUIS § | |
| MERCADO, JR. and JOHN DOE, § | |
| § | |
| Defendants. § | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendants United States Liability Insurance Company, Angel Mercado and John Doe and Plaintiff Ennis State Bank hereby stipulate that all claims asserted in the above-captioned action are hereby dismissed with prejudice. Each party shall bear its own costs.

Respectfully submitted,

*/s/ R. Douglas Rees*
R. DOUGLAS REES
State Bar No. 16700600
doug.rees@cooperscully.com

COOPER & SCULLY, P.C.
900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone: 214-712-9500
Facsimile: 214-712-9540

**ATTORNEYS FOR DEFENDANTS,
UNITED STATES LIABILITY INSURANCE
COMPANY AND ANGEL LUIS MERCADO,
JR. AND JOHN DOE**

/s/ J. David Dickson
J. David Dickson
State Bar No. 05839500
dickson@thetexasfirm.com

BEARD, KULTGEN BROPHY BOSTWICK
& DICKSON, LLP
220 South 4th Street
Waco, Texas 76701
Telephone: 254-776-5500
Facsimile: 254-776-3591

**ATTORNEYS FOR PLAINTIFF,
ENNIS STATE BANK**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to all known counsel of record via e-service on this 21st day of April, 2016.

J. David Dickson
Beard, Kultgen Brophy Bostwick & Dickson, LLP
220 South 4th Street
Waco, TX 76701
Bostwick@thetexasfirm.com

/s/ R. Douglas Rees
R. DOUG REES